LEWIS
BRISBOIS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CARLOS MARSH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANTELOPE VALLEY TRANSIT AUTHORITY; a governmental entity; TRANSDEV SERVICES, INC.; and Does 1-10, Inclusive,<br><br>　　　　Defendants. | CASE NO. 2:16-cv-09376-PSG-JEM<br><br>**DISCOVERY MATTER**<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER**<br><br>The Hon. John E. McDermott (Magistrate)<br><br>Trial Date:　　February 27, 2017 |

4836-3776-9555.1

Order

# ORDER

**GOOD CAUSE APPEARING**, the Court hereby approves this Stipulation and Protective Order.

**IT IS SO ORDERED.**

Dated: 11/03/2017

*John E. McDermott*
Hon. John E. McDermott
United States District Court Central
District of California